ERIC GRANT
United States Attorney
TARA A. AMIN
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900
Email: Tara.Amin@usdoj.gov

Attorneys for the United States

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* PATRICK AWA,<br><br>Plaintiffs,<br><br>v.<br><br>McKESSON CORPORATION, et al.,<br><br>Defendant. | CASE NO. 2:25-cv-00538-DJC-JDP<br><br>ORDER |

The United States has declined to intervene in this *qui tam* action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B). Accordingly, the Court ORDERS that:

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and the United States' notice of its election to decline intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

ORDER                                                                                                                                    1

      6. All orders of this Court shall be sent to the United States; and

      7. Should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

      IT IS SO ORDERED.

Dated: December 15, 2025

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE

ORDER     2