| | |
|---|---|
| 1 | ROB BONTA<br>Attorney General of California |
| 2 | EMMANUEL R. SALAZAR<br>Supervising Deputy Attorney General |
| 3 | ANGELA M. BROOKS<br>Deputy Attorney General |
| 4 | State Bar No. 300480<br>Division of Medi-Cal Fraud & Elder Abuse |
| 5 |   2329 Gateway Oaks Drive, Suite 200<br>  Sacramento, CA 95833-4252 |
| 6 |   Telephone: (916) 621-1861<br>  Fax: (916) 274-2929 |
| 7 |   E-mail: Angela.Brooks@doj.ca.gov |

*Attorneys for Plaintiff State of California*

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA, the STATES OF CALIFORNIA, NEVADA, NEW MEXICO, and WASHINGTON,** *ex rel.* **PATRICK AWA,**<br><br>                 Plaintiffs,<br><br>    v.<br><br>**MCKESSON CORPORATION, RALEY'S HOLDING COMPANY, RALEY'S HOLDINGS LLC, RALEY'S, BASHAS', BEL AIR MARKETS, NOB HILL FOODS, and ABC CORPORATIONS 1-100,**<br><br>                 Defendants. | Case No.: 2:25-cv-0538-DJC-JDP<br><br>**ORDER ON THE NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL FILED BY THE STATES OF CALIFORNIA, NEVADA, NEW MEXICO, WASHINGTON, AND THE CALIFORNIA DEPARTMENT OF INSURANCE** |

The State of California ("California"), and the California Department of Insurance ("CDI"), having declined to intervene in this action pursuant to the California False Claims Act, California Government Code section 12652, subdivision (c)(6)(B), Cal. Ins. Code section 1871.7, subdivision (e)(4)(B), and each of the named plaintiff States of Nevada, New Mexico, and Washington (hereinafter, "States") having indicated to California that they join in California's Notice of Election to Decline Intervention and Consent to Dismissal, the Court rules as follows:

1

ORDER ON THE STATES OF CALIFORNIA, NEVADA, NEW MEXICO, WASHINGTON, AND THE CALIFORNIA DEPARTMENT OF INSURANCE'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL

IT IS ORDERED that,

1. Only the *qui tam* complaint, California's Notice of Election to Decline Intervention, this Order, any similar notice and proposed order filed by the United States shall be unsealed and served upon the defendants by the relator, Summons, Civil New Case Documents, Relator's Notice of Voluntary Dismissal, and United States' Consent to Voluntary Dismissal. All other contents of the Court's file in this matter shall remain under seal and not be made public or served upon the defendants;

2. All orders of this Court shall be sent to California;

3. The parties shall serve all notices of appeal upon the States;

4. Should the relator seek voluntary dismissal of the States' claims, the States having consented to said dismissal without prejudice as to the States' respective claims, those claims shall be dismissed without prejudice to the States.

5. Should the relator seek voluntary dismissal of the CDI's claims, CDI having consented to said dismissal without prejudice as to CDI's respective claims, those claims shall be dismissed without prejudice to CDI.

IT IS SO ORDERED.

Dated:  December 17, 2025                    /s/ Daniel J. Calabretta
                                             THE HONORABLE DANIEL J. CALABRETTA
                                             UNITED STATES DISTRICT JUDGE

2

ORDER ON THE STATES OF CALIFORNIA, NEVADA, NEW MEXICO, WASHINGTON, AND THE CALIFORNIA DEPARTMENT OF INSURANCE'S NOTICE OF ELECTION TO DECLINE INTERVENTION AND CONSENT TO DISMISSAL